1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9   THOMAS DAVIS, et. al.,
                                        NO. 2:07-CV-1922  FCD/GGH
10            Plaintiff(s),

11        v.                            **ORDER RE: SETTLEMENT AND
                                        DISPOSITION**
12
    SUNDANCE APARTMENTS, et. al.,
13
              Defendant(s).
14   _____/

15        Pursuant to the representations of the parties, in the above action, the court has

16   determined that this case has settled.

17        In accordance with the provisions of Local Rule 16-160, dispositional documents are to

18   be filed on or before June 17, 2008.  All dates/hearings set in this matter, to include any pending

19   motions, are hereby VACATED.

20        **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE**

21   **IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY**

22   **PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

23        **IT IS SO ORDERED**.

24   Dated: May 29, 2008

25

26   _____
     FRANK C. DAMRELL, JR.
27   UNITED STATES DISTRICT JUDGE

28