UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

THOMAS DAVIS, et. al.,

    Plaintiffs,                    CIV S-07-1922 FCD GGH

    v.

SUNDANCE APARTMENTS, et. al.,

    Defendants.

    IT IS ORDERED AND ADJUDGED:

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE BY DEFENDANTS' OF OFFER FILED WITH THE COURT ON MAY 28, 2008.**

                                              Victoria C. Minor,
                                              Clerk of the Court

ENTERED:    May 30, 2008

                                              by:_____/s/_____
                                              Michele Krueger, Courtroom Deputy