**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIS; PAMELA DAVIS; RACHEL E. DAVIS and NATHAN T. DAVIS, minors, by and through their GUARDIAN AD LITEM, PAMELA DAVIS, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUNDANCE APARTMENTS, a business of unknown form; JAMES W. WATT, a.k.a., JAMES KIN SING WATT; and CATHERINE KAI FUNG WATT; individually and doing business as SUNDANCE APARTMENTS; WATT PROPERTY MANAGEMENT, INC., a California Corporation,<br><br>    Defendants. | No. 2:07-cv-01922-FCD-GGH<br><br>ORDER DIRECTING BLOCKED ACCOUNTS TO BE OPENED FOR MINORS' PROCEEDS<br>_____<br><br>Judge:        Frank C. Damrell<br>Courtroom:  2 |

   Defendants having tendered to plaintiffs' counsel of record, Stuart E. Fagan, the proceeds necessary to pay off the judgment entered pursuant to Fed. R. Civ. P. Rule 68 in favor of the minors herein, Plaintiffs Rachel E. Davis and Nathan T. Davis,

///

///

1

IT IS ORDERED that:

1. Plaintiffs' counsel, Stuart E. Fagan, shall deposit Rachel E. Davis and Nathan T. Davis's proceeds into an FDIC or NCUA insured account held in the name of said minors. The depository institute may be selected by the Guardian Ad Litem, Pamela Davis.

2. Said accounts shall be blocked, so that no withdrawal of principal or interest can be made prior to said minors reaching the age of 18, unless a written order is obtained from this Court. The money on deposit is not subject to escheat.

3. Upon said minors attaining the age of 18, his or her account shall be unblocked without further order of this Court. Rachel E. Davis's date of birth is February 13, 1996; and Nathan T. Davis's date of birth is August 13, 1998.

4. Plaintiffs' counsel shall provide said minors' bank or credit union with a copy of this Order, and shall, within 30 days, file with the Court a declaration verifying the opening of said blocked accounts.

5. Bond is waived.

Dated: August 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE